IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NEWCSI, INC., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-14-CV-557-LY |
| | § | |
| STAFFING 360 SOLUTIONS, INC., | § | |
| DEFENDANT. | § | |

## **FINAL JUDGMENT**

Before the court is the above styled and numbered cause. Plaintiff NewCSI, Inc. ("NewCSI") commenced this diversity action against Defendant Staffing 360 Solutions, Inc. ("Staffing 360") alleging breach of contract. On May 14, 2015, the court commenced jury selection and trial. On May 21, 2015, the jury returned a verdict in favor of NewCSI. The court reviewed the parties' post-verdict motions, responses, and replies and by the court's Order Motions for Entry of Judgment rendered this date, granted NewCSI's motion in part and denied Staffing 360's motion in its entirety. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiff NewCSI, Inc. is awarded damages against Defendant Staffing 360 Solutions, Inc. in the amount of $1,306,576.

**IT IS FURTHER ORDERED** that Plaintiff NewCSI, Inc. is awarded prejudgment interest at a rate of 5 percent *per annum* on $1,306,576, beginning May 22, 2014, through the day before the court renders Final Judgment in this cause, less 54 days, in the sum of $77,186.50.

**IT IS FURTHER ORDERED** that Plaintiff NewCSI, Inc. is awarded costs incurred in this action.

**IT IS FURTHER ORDERED** that Plaintiff NewCSI, Inc. is awarded postjudgment interest on all of the above at a rate of 0.23 percent *per annum* from the date of this Final Judgment until paid in full.

**IT IS FURTHER ORDERED** that the remaining issue regarding attorney's fees incurred in this action will be determined post judgment and pursuant to Rule CV-7(j), Local Rules of the United States District Court for the Western District of Texas.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED this 21st day of October, 2015.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE