IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 JAN -7 PM 4: 39
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| NEWCSI, INC., § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-14-CV-557-LY |
| § | |
| STAFFING 360 SOLUTIONS, INC., § | |
| DEFENDANT. § | |

## ORDER

Before the court are Defendant's Motion to Temporarily Stay Execution and Motion to Set Amount of Supersedeas Bond filed December 18, 2015 (Doc. #117) and Plaintiff's Motion to Strike, and in the Alternative Response to, Defendant's Motion to Temporarily Stay Execution and Motion to Set Amount of Supersedeas Bond filed January 6, 2016 (Doc. #126). Having considered the motions and responses,

**IT IS ORDERED** that Defendant's Motion to Temporarily Stay Execution filed December 18, 2015 (Doc. #117) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Defendant's Motion to Temporarily Stay Execution and Motion to Set Amount of Supersedeas Bond filed January 6, 2016 (Doc. #126) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Set Amount of Supersedeas Bond filed December 18, 2015 (Doc. #117) and Plaintiff's Response to Defendant's Motion to Set Amount of Supersedeas Bond filed January 6, 2016 (Doc. #126) are **REFERRED** to United States Magistrate

Andrew W. Austin for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this 7th day of January, 2016.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE